UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-23374-CIV-LENARD

**VICTOR ARIZA**,

      Plaintiff,

vs.

**USA JEWELS LLC, a Florida limited
liability company,**

      Defendant.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Plaintiff VICTOR ARIZA, through undersigned counsel, and Defendant, USA JEWELS

LLC (hereinafter the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, hereby voluntarily dismiss all claims in this action *with prejudice*, with each party to

bear his/its own attorney's fees and costs.

      Dated:  January 9, 2023.

      Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com


By_____*s/ Roderick V. Hannah*_____
     RODERICK V. HANNAH
     Fla. Bar No. 435384

**LAW OFFICE OF PELAYO
DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com


By _____*s/ Pelayo M. Duran*_____
     PELAYO M. DURAN
     Fla. Bar No. 0146595

**GLASSBERG & GLASSBERG, P.A.**
Counsel for Defendant
13611 South Dixie Highway, #109-514
Miami, FL  33176
(305) 669-9535
glassberglaw@aol.com
david@glassberglaw.com


By _____*/s/ David M. Glassberg*_____
          DAVID M. GLASSBERG
          Fla. Bar No. 393916